UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| LONNIE SPELLMAN, | : | 4:10-cv-2334 |
| Plaintiff | : | |
| vs. | : | Hon. John E. Jones III |
| JEFFREY BEARD, et al., | : | |
| Defendants | : | |

# ORDER

**September 5, 2017**

**NOW THEREFORE**, upon consideration of Plaintiff's motion (Doc. 88), for relief pursuant to Federal Rule of Civil Procedure 60, and in accordance with the Court's Memorandum of the same date, it is hereby **ORDERED** that Plaintiff's motion (Doc. 88) for relief is **DENIED.**

s/ John E. Jones III
John E. Jones III
United States District Judge